

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Ivan Levario Ortega,

Vs. No. 11-15-00141-CR

The State of Texas,

* From the 244th District
   Court of Ector County,
   Trial Court No. C-38,803.

* September 17, 2015

* Per Curiam Memorandum Opinion
   (Panel consists of: Wright, C.J.,
   Willson, J., and Bailey, J.)

This court has considered Ivan Levario Ortega's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.